JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON DAVID TAFOYA,<br><br>　　　　　Petitioner,<br>　　vs.<br>GARY S. SANDOR, Acting Warden,<br><br>　　　　　Respondent. | Case No. SACV 11-0676-CAS (DTB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 4, 2013

　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE